UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALISON FRIGON | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO.:  16-590M-PAS |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Defendant. | : | |

### DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS

Defendant United States of America, by and through its attorney, Peter F. Neronha, United States Attorney for the District of Rhode Island, hereby moves to dismiss Plaintiff's complaint. In accordance with Local Rule 12 of the District of Rhode Island, Defendant is filing simultaneously herewith a separate memorandum of law containing the authorities and reasoning supporting its position.

                                                      UNITED STATES OF AMERICA,

                                                      Respectfully submitted,

                                                      PETER F. NERONHA
                                                      United States Attorney


                                                      __/s/ Amy R. Romero_____
                                                      AMY R. ROMERO
                                                      Assistant U.S. Attorney
                                                      U.S. Attorney's Office
                                                      50 Kennedy Plaza, 8th Floor
                                                      Providence, RI 02903
                                                      Tel.: (401) 709-5000
                                                      Fax: (401) 709-5017
                                                      Email: amy.romero@usdoj.gov

Dated:  December 2, 2016